UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:15-cr-71-FtM-29MRM

STEVE ERIC MORSE

### ORDER

This matter comes before the Court on defendant's Motion In Limine (Doc. #61) filed on February 16, 2016.

Accordingly, it is hereby

**ORDERED:**

Defendant's Motion In Limine (Doc. #61) is **GRANTED in part and DENIED in part**, as stated on the record on March 15, 2016 in the above captioned case.

**DONE and ORDERED** at Fort Myers, Florida, this 16th day of March, 2016.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record